**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECO FRIENDLY ENERGY COMPANY,<br><br>    Plaintiff,<br>   v.<br><br>CLEAREDGE POWER,<br><br>    Defendant.<br>_____/ | No. C 13-0932 RS<br><br>**ORDER CONFIRMING EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |

On March 21, 2013, defendant's application for a three week extension of the time to file responsive pleadings was granted. Thereafter, plaintiff filed an opposition to defendant's request, contending that the local rules provide it four days to oppose such motions and that an extension of the pleading deadline is unwarranted. Local Rule 6-3 provides that oppositions must be filed "no later" than four days after the receipt of the motion, but it does not preclude court action on the motion at any time. In this instance, the nature of relief defendant was requesting, and the facts it presented as to why a stipulation had been refused, warranted granting the motion without waiting for opposition.

Nothing in plaintiff's subsequently-filed opposition alters the analysis or the conclusion. Regardless of how justified plaintiff might be in feeling that defendant has not acted with diligence and in the spirit of good faith cooperation during the course of pre-litigation communications and thereafter, refusing to permit a three week extension of the time to file responsive pleadings at the

outset of a case is unproductive and impractical.  Accordingly, the order entered on March 21, 2013 will not be modified.  Going forward the parties will be expected to demonstrate diligence in complying with deadlines where at all feasible, and courtesy and cooperation in agreeing to reasonable extensions, including providing the opposing party the benefit of the doubt, where either party claims a deadline cannot be met.  Only in the rarest of instances should scheduling disagreements require court intervention.

IT IS SO ORDERED.

Dated:  3/22/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE