United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ECO FRIENDLY ENERGY COMPANY,

    Plaintiff,

v.

CLEAREDGE POWER,

    Defendant.

Case No. 13-cv-00932-RS

**ORDER TO SHOW CAUSE**

This action was stayed pending completion of an arbitration proceeding between the parties, who were directed to file status reports every 180 days. No such report has been filed in over one year. Within 15 days of the date of this order, plaintiff shall either file a dismissal or show cause why it should not be dismissed.

**IT IS SO ORDERED**.

Dated: February 5, 2015

_____
RICHARD SEEBORG
United States District Judge