United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ECO FRIENDLY ENERGY COMPANY,

    Plaintiff,

    v.

CLEAREDGE POWER,

    Defendant.

Case No. 13-cv-00932-RS

**ORDER RE CONTINUED STAY**

This action was stayed pending completion of an arbitration proceeding between the parties, who were directed to file status reports every 180 days.  When more than a year elapsed with no such report being filed, plaintiff was ordered either to file a dismissal or to show cause why the action should not be dismissed.  Plaintiff now reports that defendant has filed bankruptcy, resulting in an automatic stay of the arbitration.   This action therefore remains stayed.   Plaintiff shall file a further status report on October 31st, 2015 and every six months thereafter.

**IT IS SO ORDERED**.

Dated: February 13, 2015

_____
RICHARD SEEBORG
United States District Judge