UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ECO FRIENDLY ENERGY COMPANY,

  Plaintiff,

v.

CLEAREDGE POWER,

  Defendant.

Case No. 13-cv-00932-RS

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Pursuant to an unopposed motion to compel arbitration, in May of 2013 this action was stayed, pending the arbitration. The parties were ordered to file joint status reports every 180 days. In November of 2013, the parties jointly reported that the arbitration proceedings had been commenced, and that further scheduling was expected in April of 2014. When the parties failed to file any further reports for over a year, an order to show cause issued. Plaintiff responded in February of 2015 that defendant had filed for bankruptcy. Plaintiff's request that the matter not be dismissed was granted, but plaintiff was again ordered to file status reports every 180 days. More than another year has elapsed, and no such reports have been filed. Accordingly, unless plaintiff shows good cause no later than March 18, 2016 why this action should not be dismissed, it will be dismissed without prejudice and without further notice.

**IT IS SO ORDERED**.

Dated: March 4, 2016

_____
RICHARD SEEBORG
United States District Judge