UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECO FRIENDLY ENERGY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAREDGE POWER,<br><br>    Defendant. | Case No. 13-cv-00932-RS<br><br>**ORDER EXTENDING DEADLINE TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

This action has been stayed since shortly after it was filed in 2013. Twice plaintiff has allowed over a year to elapse without filing any status reports, despite being under order to file such reports every 180 days. In response to the most recent order to show cause, plaintiff asserts it expects this matter to be resolved in the context of defendant's bankruptcy proceedings within the next six months. Plaintiff offers no explanation for its failure to comply with its prior reporting obligations. It requests that the matter not be dismissed at this juncture, and that the OSC instead be continued for six months.

The request is granted. No later than September 30, 2016, plaintiff shall file a further response to the order to show cause. In the event plaintiff does not respond, the action will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: March 9, 2016

_____
RICHARD SEEBORG
United States District Judge