United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECO FRIENDLY ENERGY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAREDGE POWER,<br><br>    Defendant. | Case No. 13-cv-00932-RS<br><br>**ORDER DISMISSING ACTION** |

       In March of 2016, an order issued noting that this action had been stayed since shortly after it was filed in 2013. Twice plaintiff had allowed over a year to elapse without filing any status reports, despite being under order to file such reports every 180 days. Plaintiff had responded to a then-recent order to show cause by asserting it expected the matter to be resolved in the context of defendant's bankruptcy proceedings within the next six months. Plaintiff offered no explanation for its failure to comply with its prior reporting obligations. Plaintiff requested the matter not to be dismissed at that juncture, and that the OSC instead be continued for six months.

       The March 2016 order granted that request and directed plaintiff to file a further response to the order to show cause no later than September 30, 2016. Plaintiff was warned that if it did not respond, the action would be dismissed without further notice. That deadline having passed, and no further filings having been made, this action is hereby dismissed.

1  **IT IS SO ORDERED**.

3  Dated: March 31, 2017

_____
RICHARD SEEBORG
United States District Judge

ORDER DISMISSING ACTION
CASE NO. 13-cv-00932-RS

2